UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DORSEY,<br><br>Plaintiff,<br><br>v.<br><br>WEIGAND, et al.,<br><br>Defendants. | No.  1:25-cv-00397-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS<br><br>(ECF No. 8) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On March , 2026, the Court screened Plaintiff's complaint and found that Plaintiff stated a cognizable deliberate indifference claim against Defendants Weigand and Hauffen, and a cognizable retaliation claim against Defendant Weigand.  (ECF No. 7.)  No other claims were found to be cognizable, and Plaintiff was granted thirty days to either file an amended complaint or notify the Court of his intent to proceed only on the deliberate indifference and retaliation claims.  (Id.)

On April 24, 2026, Plaintiff filed a notice of intent to proceed only on the deliberate indifference and retaliation claims.  (ECF No. 8.)

1

Accordingly, it is HEREBY ORDERED that the Clerk of the Court shall assign a District Judge to this action.

Further, it is HEREBY RECOMMENDED that:

1. This action proceed only on Plaintiff's deliberate indifference claim against Defendants Weigand and Hauffen, and a cognizable retaliation claim against Defendant Weigand; and

2. All other claims and Defendants be dismissed from the action for failure to state a cognizable claim for relief.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court, limited to 15 pages, including exhibits.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:    **April 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2