**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS DORSEY, | No. 1:25-cv-00397 JLT SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS |
| v. | |
| COUNTY OF KERN, et al., | (Doc. 10) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. On April 28, 2026, the assigned magistrate judge issued findings and recommendations that this action proceed on Plaintiff's deliberate indifference claim against Defendants Weigand and Hauffen and retaliation claim against Defendant Weigand. (Doc. 10.) The magistrate judge further recommended that all other claims and defendants be dismissed based on Plaintiff's failure to state claims upon which relief may be granted. (*Id.*) The Court served the findings and recommendations on Plaintiff, notified him that any objections were due within 14 days, and informed him that failure to timely file objections may result in the waiver of certain appellate rights. (*Id., citing Wilkerson v. Wheller*, 772 F.3d 834, 838–39 (9th Cir. 2014).) Plaintiff has not filed objections, and the deadline for doing so has expired.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and

recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on April 28, 2026, (Doc. 10), are **ADOPTED IN FULL**.

2. This action shall proceed on Plaintiff's complaint, filed April 7, 2026, (Doc. 1), <u>only</u> against Defendants Weigand and Hauffen for deliberate indifference in violation of the Fourteenth Amendment and against Defendant Weigand for retaliation in violation of the First Amendment.

3. All other claims and defendants are dismissed from this action for failure to state claims upon which relief may be granted.

4. This action is referred to the Magistrate Judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **May 26, 2026**

UNITED STATES DISTRICT JUDGE

2