UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DORSEY, | No. 1:25-cv-00397-JLT-SAB (PC) |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| COUNTY OF KERN, et al., | |
| Defendants. | (ECF Nos. 1, 11) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On May 27, 2026, the Court ordered that this action proceed against Defendants Weigand and Hauffen for deliberate indifference in violation of the Fourteenth Amendment and against Defendant Weigand for retaliation in violation of the First Amendment. (ECF No. 11.)

Accordingly, the Court HEREBY ORDERS that:

1. Service shall be initiated on the following Defendants:

   **a. Weigand, Sergeant at the Lerdo Pre-Trial Facility, on or about January 26, 2025;**

   **b. Hauffen, Senior at the Lerdo Pre-Trial Facility, on or about January 26, 2025;**

1

c.    The Clerk of the Court shall send Plaintiff two (2) USM-285 forms, two (2) summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the complaint filed on April 7, 2025, (ECF No. 1);

2.    Within thirty (30) days from the date of service of this order, Plaintiff shall complete the attached Notice of Submission of Documents, and submit the completed Notice to the Court with the following documents:

a.    One (1) completed summons for each defendant listed above;

b.    One (1) completed USM-285 form for each defendant listed above; and

c.    Three (3) copies of the endorsed complaint filed on April 7, 2025.

3.    Plaintiff need not attempt service on these defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants under Federal Rules of Civil Procedure 4 without payment of costs; and

**4.    The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **May 28, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

2